Louis Jersawit, as Trustee in Bankruptcy of Sanitene Corporation, Bankrupt, Respondent, v. Henry J. Kaltenbach, Appellant, Impleaded with Another, Defendant.— Order, so far as appealed from, denying defendant's motion to vacate notice of examination before trial, unanimously affirmed, with twenty dollars costs

and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.